

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00866-CV

**IN RE** Andrew Thomas **LEACH**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: April 30, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On December 23, 2024, relator filed a petition for writ of mandamus. After considering the petition, as amended, the response filed by real party in interest, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus, as amended, is denied. *See* TEX. R. APP. P. 52.8(a). The stay that was previously granted is lifted. *See id*. R. 52.10(b). Any pending motion is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-23309, styled *In the Interest of L.T.L., A.P.L., C.B.L., and J.J.L., Children*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Walden Shelton presiding.